1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
   9100 Wilshire Blvd. #725 E.
3  Beverly Hills, CA 90210
   Telephone: 310/208-2800
4  Facsimile:  310/209-2348

5  *Attorneys for Plaintiff*

6
7
8
9           UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN FINGER,               )<br>                                )<br>         Plaintiff,             )<br>                                )<br>    vs.                         )<br>                                )<br>W. R. GRACE & CO., HUDSON LA    )<br>FORCE, MARK E. TOMKINS,         )<br>ROBERT F. CUMMINGS, JR., DIANE  )<br>H. GULYAS, HENRY R. SLACK,      )<br>JULIE FASONE HOLDER,            )<br>CHRISTOPHER J. STEFFEN, and     )<br>SHLOMO YANAI,                   )<br>                                )<br>         Defendants.            )<br>_____) | Case No.  5:21-cv-01055-JGB-KK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>JURY TRIAL DEMANDED |

     PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Kathleen Finger ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| 1  Dated: September 23, 2021 | **WEISSLAW LLP** |
| 2 | Joel E. Elkins |
| 3 | By: */s/ Joel E. Elkins* |
| 4 | Joel E. Elkins |
| 5 | 9100 Wilshire Blvd. #725 E. |
|   | Beverly Hills, CA 90210 |
| 6 | Telephone:  310/208-2800 |
| 7 | Facsimile:   310/209-2348 |
|   |          -and- |
| 8 | Richard A. Acocelli |
| 9 | 1500 Broadway, 16th Floor |
|   | New York, NY  10036 |
| 10 | Telephone: 212/682-3025 |
| 11 | Facsimile:  212/682-3010 |
| 12 | *Attorneys for Plaintiff* |

- 2 -
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL